B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## Middle District of Florida

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Atchley Appliance & TV, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**59-1559291** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2225 South Volusia Avenue**<br>**Orange City, FL**<br>ZIP Code **32763** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Volusia** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **2225 South Volusia Ave.**<br>**Orange City, FL 32763** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Atchley Appliance & TV, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)     (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Atchley Appliance & TV, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Walter J. Snell**
Signature of Attorney for Debtor(s)

**Walter J. Snell 0729360**
Printed Name of Attorney for Debtor(s)

**Snell and Snell, P.A.**
Firm Name

**436 N Peninsula Drive**
**Daytona Beach, FL 32118**

Address

**Email: snellandsnell@mindspring.com**
**386-255-5334 Fax: 386-255-5335**
Telephone Number

**February 5, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Patricia Totillo**
Signature of Authorized Individual

**Patricia Totillo**
Printed Name of Authorized Individual

**Secretary/Treasurer**
Title of Authorized Individual

**February 5, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re **Atchley Appliance & TV, Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Brighthouse Network** <br> **45 N. Keller Road** <br> **Suite 250** <br> **Maitland, FL 32751** | **Brighthouse Network** <br> **45 N. Keller Road** <br> **Suite 250** <br> **Maitland, FL 32751** | **advertising** | | **1,074.00** |
| **County of Volusia** <br> **123 W Indiana Ave** <br> **Deland, FL 32720** | **County of Volusia** <br> **123 W Indiana Ave** <br> **Deland, FL 32720** | | | **22,000.00** <br><br> **(0.00 secured)** |
| **Edward Schatz** <br> **34 Audubon Lane** <br> **Flagler Beach, FL 32164** | **Edward Schatz** <br> **34 Audubon Lane** <br> **Flagler Beach, FL 32164** | **deposit** | | **9,800.00** |
| **GE Commercial Distribution Finance Corp** <br> **c/o Buffy Klein, Esq.** <br> **200 Jefferson Ave, Ste. 1501** <br> **Memphis, TN 38103** | **GE Commercial Distribution Finance Corp** <br> **c/o Buffy Klein, Esq.** <br> **Memphis, TN 38103** | | **Contingent** | **392,000.00** <br><br> **(100,000.00 secured)** |
| **John Rupp** <br> **c/o Abraham C. McKinnon, Esq** <br> **595 W. Granada Blvd., Ste. A** <br> **Ormond Beach, FL 32174** | **John Rupp** <br> **c/o Abraham C. McKinnon, Esq** <br> **595 W. Granada Blvd., Ste. A** <br> **Ormond Beach, FL 32174** | **indemnification agreement** | **Unliquidated Disputed** | **150,000.00** |
| **Louis D. Atchley Revocable Trust** <br> **P.O. Box 7403245** <br> **Orange City, FL 32763** | **Louis D. Atchley Revocable Trust** <br> **P.O. Box 7403245** <br> **Orange City, FL 32763** | **Stock Purchase Company** | | **673,371.00** |
| **Miele** <br> **9 Independence Way** <br> **Princeton, NJ 08440** | **Miele** <br> **9 Independence Way** <br> **Princeton, NJ 08440** | **inventory** | | **7,556.35** |
| **News Journal** <br> **PO Box 2831** <br> **Daytona Beach, FL 32120** | **News Journal** <br> **PO Box 2831** <br> **Daytona Beach, FL 32120** | **advertising** | | **3,740.00** |
| **Nova Shoppes** <br> **c/o Stephen R. Ponder, Esq.** <br> **114 S. Palmetto Avenue** <br> **Daytona Beach, FL 32114** | **Nova Shoppes** <br> **c/o Stephen R. Ponder, Esq.** <br> **114 S. Palmetto Avenue** <br> **Daytona Beach, FL 32114** | **breach of commercial lease** | | **150,000.00** |
| **Orange County Tax Collector** <br> **PO Box 545100** <br> **Orlando, FL 32854** | **Orange County Tax Collector** <br> **PO Box 545100** <br> **Orlando, FL 32854** | | | **8,000.00** <br><br> **(0.00 secured)** |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Atchley Appliance & TV, Inc.**
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Orlando Sentinel<br>PO Box 911107<br>Orlando, FL 32891 | Orlando Sentinel<br>PO Box 911107<br>Orlando, FL 32891 | advertising | | 2,526.91 |
| Riverside Nt'l Bank of FL<br>2211 Okeechobee Road<br>Fort Pierce, FL 34950 | Riverside Nt'l Bank of FL<br>2211 Okeechobee Road<br>Fort Pierce, FL 34950 | Part of Lots 10-12, adn E 1/2 of Lot 13, Orange City Hills, Unit 2, per MB 19, P 35, Public Records of Volusia County, Florida a/k/a 2225 South Volusi | | 578,710.00<br>(900,000.00 secured)<br>(386,146.00 senior lien) |
| TCF Inventory Finance<br>PO Box 5402<br>Carol Stream, IL 60197 | TCF Inventory Finance<br>PO Box 5402<br>Carol Stream, IL 60197 | | Contingent | 214,000.00<br><br>(100,000.00 secured) |
| WFTV<br>PO Box 863324<br>Orlando, FL 32802 | WFTV<br>PO Box 863324<br>Orlando, FL 32802 | advertising | | 7,500.00 |
| WRDQ<br>PO Box 863324<br>Orlando, FL 32802 | WRDQ<br>PO Box 863324<br>Orlando, FL 32802 | advertising | | 7,917.50 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Secretary/Treasurer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **February 5, 2010**

Signature **/s/ Patricia Totillo**
**Patricia Totillo**
**Secretary/Treasurer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B6A (Official Form 6A) (12/07)

In re **Atchley Appliance & TV, Inc.**, Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **W 1/2 of alley lying East of Lot 13, Orange City Hills, Unit 2, per MB 19, P 135, Public records of Volusia County, Florida a/k/a olly Avenue, Orange City, FL 32763** | | - | 500.00 | 0.00 |
| **Parts of Lots 14, 16 and 16, Orange City Hills, Unit 2 per MB 19, P 135, Public Records of Volusia County, Florida a/k/a Holly Avenue, Orange City, Florida (vacant)** | | - | 275,000.00 | 0.00 |
| **Lot 2, Block 12, Orange City Hills Section A Map Book 23 Page 148, Public Records of Volusia County, Florida a/k/a Hibicus Parkway, Orange City 75x140 building lot, vacant** | | - | 25,000.00 | 0.00 |
| **E 1/4 of NW 1/4 of NW of NW 1/4 and N 1/2 of NE 1/4 of SW 1/4 of NW 1/4 a/k/a 6216 Beggs Road, Orlando, FL - Orange County 22.2 acres** | | - | 350,000.00 | 200,000.00 |
| **Part of Lots 10-12, adn E 1/2 of Lot 13, Orange City Hills, Unit 2, per MB 19, P 35, Public Records of Volusia County, Florida a/k/a 2225 South Volusia, Orange City, FL 32763** | | - | 900,000.00 | 964,856.00 |

Sub-Total > **1,550,500.00** (Total of this page)

Total > **1,550,500.00**

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Atchley Appliance & TV, Inc.**, Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**County of Volusia**<br>**123 W Indiana Ave**<br>**Deland, FL 32720** | | - | **2009 Property Taxes**<br><br><br>Value $ 0.00 | | | | 22,000.00 | 22,000.00 |
| Account No. **xx-xx-x9464**<br><br>**GE Commercial Distribution Finance Corp**<br>**c/o Buffy Klein, Esq.**<br>**200 Jefferson Ave, Ste. 1501**<br>**Memphis, TN 38103** | | - | **lien on partial inventory**<br><br><br>Value $ 100,000.00 | | X | | 392,000.00 | 292,000.00 |
| Account No.<br><br>**Louis D. Atchley**<br>**PO Box 7403245**<br>**Orange City, FL 32763** | | - | **Mortgage**<br>**E 1/4 of NW 1/4 of NW of NW 1/4 and N 1/2 of NE 1/4 of SW 1/4 of NW 1/4 a/k/a 6216 Beggs Road, Orlando, FL - Orange County 22.2 acres**<br>Value $ 350,000.00 | | | | 200,000.00 | 0.00 |
| Account No.<br><br>**Orange County Tax Collector**<br>**PO Box 545100**<br>**Orlando, FL 32854** | | - | **2008-09 Property Tax**<br><br><br>Value $ 0.00 | | | | 8,000.00 | 8,000.00 |
| _1_ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 622,000.00 | 322,000.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re **Atchley Appliance & TV, Inc.**, Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx0066**<br><br>**Pinnacle Bank**<br>**1113 Saxon Blvd.**<br>**Orange City, FL 32763** | - | | **October 31, 2000**<br>**First Mortgage**<br>**Part of Lots 10-12, adn E 1/2 of Lot 13, Orange City Hills, Unit 2, per MB 19, P 35, Public Records of Volusia County, Florida a/k/a 2225 South Volusia, Orange City, FL 32763**<br>Value $     **900,000.00** | X | | | **386,146.00** | **0.00** |
| Account No. **xxxxxxx6555**<br><br>**Riverside Nt'l Bank of FL**<br>**2211 Okeechobee Road**<br>**Fort Pierce, FL 34950** | - | | **Mortgage**<br>**Part of Lots 10-12, adn E 1/2 of Lot 13, Orange City Hills, Unit 2, per MB 19, P 35, Public Records of Volusia County, Florida a/k/a 2225 South Volusia, Orange City, FL 32763 and misc. tangible & intangible property**<br>Value $     **900,000.00** | | | | **578,710.00** | **64,856.00** |
| Account No.<br><br>**TCF Inventory Finance**<br>**PO Box 5402**<br>**Carol Stream, IL 60197** | - | | **lien on frigidaire inventory**<br><br>Value $     **100,000.00** | X | | | **214,000.00** | **114,000.00** |
| Account No.<br><br>**Whirlpool Corp.**<br>**PO Box 532415**<br>**Charlotte, NC 28290** | - | | **Whirlpool inventory**<br><br>Value $     **75,000.00** | | | | **55,000.00** | **0.00** |
| Account No.<br><br><br> | | | <br><br>Value $ | | | | | |
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal<br>(Total of this page) | | | | **1,233,856.00** | **178,856.00** |
| | | | Total<br>(Report on Summary of Schedules) | | | | **1,855,856.00** | **500,856.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                            Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Atchley Appliance & TV, Inc.** , Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Brighthouse Network<br>45 N. Keller Road<br>Suite 250<br>Maitland, FL 32751 | | - | advertising | | | | 1,074.00 |
| Account No.<br><br>Edward Schatz<br>34 Audubon Lane<br>Flagler Beach, FL 32164 | | - | deposit | | | | 9,800.00 |
| Account No. **xxxx xxxxx CIDL**<br><br>John Rupp<br>c/o Abraham C. McKinnon, Esq<br>595 W. Granada Blvd., Ste. A<br>Ormond Beach, FL 32174 | | - | indemnification agreement | | X | X | 150,000.00 |
| Account No.<br><br>Louis D. Atchley Revocable Trust<br>P.O. Box 7403245<br>Orange City, FL 32763 | | - | May 1, 2001<br>Stock Purchase Company | | | | 673,371.00 |
| __2__ continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | 834,245.00 |

In re **Atchley Appliance & TV, Inc.**, Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Miele<br>9 Independence Way<br>Princeton, NJ 08440 | | - | inventory | | | | 7,556.35 |
| Account No. <br><br>News Journal<br>PO Box 2831<br>Daytona Beach, FL 32120 | | - | advertising | | | | 3,740.00 |
| Account No. xxxx xxxxx CIDL<br><br>Nova Shoppes<br>c/o Stephen R. Ponder, Esq.<br>114 S. Palmetto Avenue<br>Daytona Beach, FL 32114 | | - | breach of commercial lease | | | | 150,000.00 |
| Account No. <br><br>Orlando Sentinel<br>PO Box 911107<br>Orlando, FL 32891 | | - | advertising | | | | 2,526.91 |
| Account No. <br><br>WFTV<br>PO Box 863324<br>Orlando, FL 32802 | | - | advertising | | | | 7,500.00 |

Sheet no. **1** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **171,323.26**

In re  **Atchley Appliance & TV, Inc.**  ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**WRDQ**<br>**PO Box 863324**<br>**Orlando, FL 32802** | - | | **advertising** | | | | 7,917.50 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __2__ of __2__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page) **7,917.50**

Total  
(Report on Summary of Schedules) **1,013,485.76**

# United States Bankruptcy Court
## Middle District of Florida

In re  **Atchley Appliance & TV, Inc.**  Case No.
Debtor(s)  Chapter  **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Secretary/Treasurer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __14__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **February 5, 2010**   Signature  **/s/ Patricia Totillo**
**Patricia Totillo**
**Secretary/Treasurer**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Atchley Appliance & TV, Inc.
2225 South Volusia Avenue
Orange City, FL 32763

Miele
9 Independence Way
Princeton, NJ 08440

Whirlpool Corp.
PO Box 532415
Charlotte, NC 28290

Walter J. Snell
Snell and Snell, P.A.
436 N Peninsula Drive
Daytona Beach, FL 32118

News Journal
PO Box 2831
Daytona Beach, FL 32120

WRDQ
PO Box 863324
Orlando, FL 32802

Brighthouse Network
45 N. Keller Road
Suite 250
Maitland, FL 32751

Nova Shoppes
c/o Stephen R. Ponder, Esq.
114 S. Palmetto Avenue
Daytona Beach, FL 32114

County of Volusia
123 W Indiana Ave
Deland, FL 32720

Orange County Tax Collector
PO Box 545100
Orlando, FL 32854

Edward Schatz
34 Audubon Lane
Flagler Beach, FL 32164

Orlando Sentinel
PO Box 911107
Orlando, FL 32891

GE Commercial Distribution
Finance Corp
c/o Buffy Klein, Esq.
200 Jefferson Ave, Ste. 1501
Memphis, TN 38103

Pinnacle Bank
1113 Saxon Blvd.
Orange City, FL 32763

John Rupp
c/o Abraham C. McKinnon, Esq
595 W. Granada Blvd., Ste. A
Ormond Beach, FL 32174

Riverside Nt'l Bank of FL
2211 Okeechobee Road
Fort Pierce, FL 34950

Louis D. Atchley
PO Box 7403245
Orange City, FL 32763

TCF Inventory Finance
PO Box 5402
Carol Stream, IL 60197

Louis D. Atchley Revocable
Trust
P.O. Box 7403245
Orange City, FL 32763

WFTV
PO Box 863324
Orlando, FL 32802

# United States Bankruptcy Court
## Middle District of Florida

In re  **Atchley Appliance & TV, Inc.**

Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Atchley Appliance & TV, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **February 5, 2010** | **/s/ Walter J. Snell** |
| Date | **Walter J. Snell** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Atchley Appliance & TV, Inc.** |
| | **Snell and Snell, P.A.** |
| | **436 N Peninsula Drive** |
| | **Daytona Beach, FL 32118** |
| | **386-255-5334 Fax:386-255-5335** |
| | **snellandsnell@mindspring.com** |